UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SAMUEL ROY ABRAM,<br>Plaintiff | CIVIL ACTION NO. 1:16-CV-878; "P" |
| VERSUS | JUDGE WALTER |
| C. MELTON,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the United States of America be substituted for Officer C. Melton as the sole defendant. **IT IS FURTHER ORDERED** that Plaintiff's complaint, filed pursuant to the Federal Tort Claims Act, is hereby **DENIED** and **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, this 27 day of Sept, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE